IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DARIUS PORTER, | * | |
| Plaintiff, | * | |
| v. | * | CV 123-135 |
| DEPUTY LAMBORN, DEPUTY J. GUAY, DEPUTY MICHAEL GAY, DEPUTY MARTIN, and DEPUTY MICKEL, | * | |
| Defendants. | * | |

ORDER

On May 16, 2024, this Court ordered Plaintiff to file proof of service or show cause within fourteen days why his claims against Defendants Lamborn, Quay, Gay, Martin, and Mickel should not be dismissed for failure to timely perfect service. (Doc. 13, at 9.) Plaintiff failed to do so and instead filed a motion for reconsideration on June 3, 2024. (Doc. 14.) The Court denied the motion for reconsideration. (Doc. 16.)

Because Plaintiff failed to provide proof of service or otherwise show cause as directed in the Court's May 16, 2024 Order, **IT IS HEREBY ORDERED** that Plaintiff's remaining claims in this case are **DISMISSED**. The Clerk is **DIRECTED** to **TERMINATE** all pending motions and **CLOSE** this case.

ORDER ENTERED at Augusta, Georgia, this 18th day of April, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA