AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DARIUS PORTER,

                Plaintiff,

v.

DEPUTY LAMBORN, DEPUTY J. GUAY,
DEPUTY MICHAEL GAY, DEPUTY MARTIN, and
DEPUTY MICKEL

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 123-135

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order entered April 18, 2025, Plaintiff's case is dismissed for failure to timely perfect service. This case stands closed.

4/18/2025
Date



John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020